IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LYNDA CROWLEY f/k/a LYNDA IGOUDJIL, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE GULF INSURANCE COMPANY,<br><br>Defendant. | No. 1:23-cv-00605-PTG-IDD |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Lynda Crowley, and Defendant, Progressive Gulf Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Lynda Crowley, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs

Respectfully submitted on December 14, 2023.

SO ORDERED
December 19, 2023

_____
Patricia Tolliver Giles
United States District Judge